IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| FOREST VOICE, LLC, JUDI BEETSMAN, BILL DYER, JEFF ERICKSON, BRENDA L. SALSEG, ROBERT A. SALSEG, and SCOTT A. VOELTZ, | JUDGMENT IN A CIVIL CASE<br><br>Case No. 11-cv-100-wmc |
| Plaintiffs, | |
| v. | |
| TOWN OF FOREST, ROGER SWANEPOEL, CARLTON CRESS, DOUGLAS KARAU, and EMERGING ENERGIES OF WISCONSIN, LLC, | |
| Defendants. | |

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered granting the motion of Emerging Energies of Wisconsin, LLC, for sanctions against Attorney Glenn Stoddard in the amount of $1,000 and against Attorney Patricia Keahna in the amount of $500.

_____      _____10/11/12_____
Peter Oppeneef, Clerk of Court                    Date