IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

FOREST VOICE, LLC,
JUDI BEETSMAN, BILL DYER, JEFF
ERICKSON, BRENDA L. SALSEG,
ROBERT A. SALSEG, and SCOTT A.
VOELTZ,

JUDGMENT IN A CIVIL CASE

Case No. 11-cv-100-wmc

Plaintiffs,

v.

TOWN OF FOREST, ROGER
SWANEPOEL, CARLTON CRESS,
DOUGLAS KARAU, and EMERGING
ENERGIES OF WISCONSIN, LLC,

Defendants.

---

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered granting the motion of Emerging Energies of Wisconsin, LLC, for sanctions against Attorney Glenn Stoddard in the amount of $1,000 and against Attorney Patricia Keahna in the amount of $500.


_____      _____
Peter Oppeneef, Clerk of Court                     10/11/12
                                                                       Date